**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DENNIS P. MURPHY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HARRY JOE, JR., DECEASED; AND IRENE SLIM, INDIVIDUALLY,**
**Plaintiffs,**

**v.** **Civ. No. 1:26-cv-02103-SMD-SCY**

**MIGUEL FUENTES; A & B LOGISTICS COMPANY, LLC; NEW MEXICO DEPARTMENT OF TRANSPORTATION; SENTRY SELECT INSURANCE COMPANY; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,**
**Defendants.**

## NOTICE OF APPEARANCE

COMES NOW, Garcia Law Group (Rodney J. Gabaldon and Bryan Garcia) and hereby enters their appearance on behalf of Defendant, New Mexico Department of Transportation, for the above-captioned matter.

Respectfully submitted,

GARCIA LAW GROUP
BY: *Rodney L. Gabaldon*
RODNEY L. GABALDON
New Mexico State Bar No. 10514
Bryan Garcia
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
*Attorneys for all Defendant NMDOT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November 2026, I filed the foregoing electronically through the CM/ECF system:

Richard H. Cravens, IV
11005 Spain Road NE #17
Albuquerque, NM 87111
rick.cravens@breyerlaw.com
Attorneys for Plaintiffs

Lance D. Richards
Hannah R. Jiacoletti
CIVEROLO, GRALOW & HILL, P.A.
P.O. Box 93940
Albuquerque, NM 87199
richardsl@civerolo.com
jiacolettih@civerolo.com
Attorneys for Defendant A & B Logistics Company, LLC

By: *<u>/s/ Rodney L. Gabaldon</u>*
Rodney L. Gabaldon